IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 6:15-CR-00071-RWS-JDL |
| § | |
| AMBER JONES § | |

### REPORT & RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE

On July 22, 2019, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Amber Jones. The government was represented by Frank Coan, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by federal public defender, Ken Hawk.

Defendant originally pled guilty to the offense of Misprison of a Felony, a Class E felony. The offense carried a statutory maximum imprisonment term of 3 years. The United States Sentencing Guideline range, based on a total offense level of 4 and a criminal history category of III, was 0 to 6 months. On August 4, 2016, District Judge Michael H. Schneider sentenced Defendant to 3 years of probation subject to the standard conditions of release, plus special conditions to include financial disclosure, community service, and substance abuse testing and treatment. On August 4, 2016, Defendant began her service of the probation term. On July 9, 2018, District Judge Robert W. Schroeder, III revoked Defendant's term of probation revoked and sentenced Defendant to 12 months and 1 day followed by 12 months of supervised release. On December 14, 2018, Defendant completed her period of imprisonment and began her term of her supervised release.

Under the terms of supervised release, Defendant was further required to refrain from excessive use of alcohol and required not to purchase, possess, use, distribute, or administer any

1

narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. In its petition, the government alleges that Defendant submitted a urine specimen on June 24, 2019, which tested positive for methamphetamine.

Based on 5th Circuit case law, the Court can find that illicit drug use constitutes possession. If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by submitting a urine sample that tested positive for methamphetamine, and thus possessing methamphetamine, Defendant will have committed a Grade B violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade B violation, the Court shall revoke a term of supervision. U.S.S.G. § 7B1.3(a)(1). Considering Defendant's criminal history category of III, the Guideline imprisonment range for a Grade B violation is 8 to 12 months. U.S.S.G. § 7B1.4(a).

The Defendant and the government agreed to resolve the petition whereby Defendant would plead true to the allegations referenced above. In exchange, the government recommended to the Court a sentence of 8 months with no supervised release to follow.

Pursuant to the Sentencing Reform Act of 1984, the Court **RECOMMENDS** that Defendant Amber Jones be committed to the custody of the Bureau of Prisons for a term of imprisonment of 8 months with no supervised release to follow. The Court further **RECOMMENDS** drug treatment. The Court further **RECOMMENDS** that the place of confinement be Carswell, Texas.

Defendant has waived her right to object to the findings of the Magistrate Judge in this matter, so the Court will present this Report and Recommendation to District Judge Robert W. Schroeder, III for adoption immediately upon issuance.

**So ORDERED and SIGNED this 23rd day of July, 2019.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE